# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal No. __18-cr-10051-STA__ |
| vs. ) | |
| ) | |
| FINIS HILL, ) | |
| Defendant. ) | |

## ORDER GRANTING MOTION FOR STATUS HEARING AND NOTICE OF SETTING

This cause came on to be heard this date upon written motion of the parties for a status hearing to consider resetting the trial date; and

**IT SATISFACTORILY APPEARING TO THE COURT** that the motion is well taken and should be granted for good cause shown;

**IT IS THEREFORE ORDERED** that this matter is set for a status conference on **Thursday, December 13, 2018 at 1:30pm.**

ENTERED THIS 30th DAY OF November, 2018.

s/S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE